**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Raul DIAZ, Defendant–Appellant.**

**No. 02–6312.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Luis Raul Diaz, Appellant Pro Se. Sonya LeGene Sacks, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Luis Raul Diaz appeals from the district court's orders denying his motion for an evidentiary hearing, on the grounds that the Government should have filed a motion for the reduction of his sentence under

Fed.R.Crim.P. 35(b), and denying his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Diaz*, No. CR–00–113 (E.D.Va. filed Dec. 7, 2002 & entered Dec. 10, 2001; filed Dec. 20, 2000 & entered Dec. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*